1  THE RESTIS LAW FIRM, P.C.
2  William R. Restis, Esq. (SBN 246823)
   william@restislaw.com
3  402 West Broadway, Suite 1520
   San Diego, California 92101
4  Tel: +1.619.270.8383
5
6  Attorney for Defendants
7
8
9                UNITED STATES DISTRICT COURT
10           FOR THE SOUTHERN DISTRICT OF CALIFORNIA
11  ANDREW McKEVITZ,                | Case No: 3:19-cv-00540-W-MDD
12
13               Plaintiff,
    v.                              | **NOTICE OF APPEARANCE**
14
15  CAPITAL ALLIANCE GROUP,          | Judge: Hon. Thomas J. Whelan
    CAPITAL ALLIANCE PARTNERS,
16  LLC, NARIN CHARANVATTANAKIT
    aka NARIN CHARIN and MARK
17  MENDOZA
18               Defendants.
19
20
21
22
23
24
25
26
27
28
                          - 1 -

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that William R. Restis files this Notice of Appearance in the above captioned matter on behalf of Defendants CAPITAL ALLIANCE GROUP, CAPITAL ALLIANCE PARTNERS, LLC, NARIN CHARANVATTANAKIT aka NARIN CHARIN and MARK MENDOZA. I am admitted to practice in the Southern District of California and my California bar number is 246823. Please amend your service list to include:

>William R. Restis, Esq.
>402 West Broadway, Suite 1520
>San Diego, CA 92101
>Email: william@restislaw.com
>Tel: (619) 270-8383
>Fax: (619) 752-1552

Dated: September 26, 2019            Respectfully submitted,

THE RESTIS LAW FIRM, P.C.

/s/ William R. Restis____
William R. Restis, Esq.
402 W. Broadway, Suite 1520
San Diego, CA 92101
Tel: +1.619.270.8383
Email: william@restislaw.com