# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW McKEVITZ,<br><br>                                 Plaintiff,<br><br>v.<br><br>CAPITAL ALLIANCE GROUP, et al.,<br><br>                                Defendants. | Case No.: 19-CV-0540 W (MDD)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 47]** |

Parties have filed a joint motion to dismiss with prejudice. [Doc. 47.] Good cause appearing, the Court **GRANTS** the joint motion. This action is dismissed **WITH PREJUDICE**. Per the terms of the joint motion, each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: November 18, 2019

_____
Hon. Thomas J. Whelan
United States District Judge

1